FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 1 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>ABDULLAH MOHAMED ALHOGAIL,<br><br>          Defendant. | Case No. SA 10-085M<br><br>**ORDER OF DETENTION** |

THE DEFENDANT HAS ASKED THE COURT TO DETAIN HIM WITHOUT BAIL PENDING FURTHER PROCEEDINGS:

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.    IT IS FURTHER ORDERED that, on order of a Court of the United

States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: March 10, 2010

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE